UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VINCENT CARUSO, a/k/a "Fatz,"<br><br>Defendant. | Criminal No.   21cr10312<br><br>Violations:<br><br>Count One: Conspiracy to Manufacture, Distribute and to Possess with Intent to Distribute Cocaine, 400 Grams or More of Fentanyl, and Methamphetamine<br>(21 U.S.C. § 846)<br><br>Count Two: Possession of a Firearm in Furtherance of a Drug Trafficking Crime<br>(18 U.S.C. § 924(c)(1)(A)(i))<br><br>Count Three: Conspiracy to Possess Firearms in Furtherance of, and Use and Carry Firearms During and in Relation to, a Drug Trafficking Offense<br>(18 U.S.C. § 924(o))<br><br>Count Four: Conspiracy to Interfere with Commerce by Robbery<br>(18 U.S.C. § 1951(a))<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853)<br><br>Firearm Forfeiture Allegation:<br>(18 U.S.C. § 924(d); 28 U.S.C. § 2461(c))<br><br>Robbery Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c)) |

INFORMATION

COUNT ONE
Conspiracy to Manufacture, Distribute and to Possess with Intent to Distribute
Cocaine, 400 Grams or More of Fentanyl, and Methamphetamine
(21 U.S.C. § 846)

The United States Attorney charges:

From a date unknown to the United States Attorney, but no later than January 1, 2018, and continuing until June 30, 2021, in the District of Massachusetts, the District of New Hampshire, the District of Rhode Island, and elsewhere, the defendant,

VINCENT CARUSO, a/k/a "Fatz,"

conspired with other persons known and unknown to the United States Attorney, to knowingly and intentionally manufacture, distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as fentanyl. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi), is applicable to this Count.

It is further alleged that, with respect to Count One, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as fentanyl, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, VINCENT CARUSO, a/k/a "Fatz." Accordingly, Title 21,

United States Code, Section 841(b)(1)(A)(vi) is applicable to VINCENT CARUSO, a/k/a "Fatz."

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(18 U.S.C. § 924(c)(1)(A)(i))

The United States Attorney further charges:

From a date unknown to the United States Attorney, but no later than January 1, 2018 and continuing until June 30, 2021, in the District of Massachusetts, the defendant,

VINCENT CARUSO, a/k/a "Fatz,"

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: conspiracy to manufacture, distribute and possess with intent to distribute cocaine, 400 grams or more of fentanyl, and methamphetamine, in violation of 21 U.S.C. § 846, as charged in Count One of this Information.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE
Conspiracy to Possess Firearms in Furtherance of, and Use and
Carry Firearms During and in Relation to, a Drug Trafficking Offense
(18 U.S.C. § 924(o))

The United States Attorney further charges:

From a date unknown to the United States Attorney, but no later than January 1, 2018 and continuing until June 30, 2021, in the District of Massachusetts, the District of New Hampshire, the District of Rhode Island, and elsewhere, the defendant,

VINCENT CARUSO, a/k/a "Fatz,"

conspired with other persons known and unknown to the United States Attorney, to knowingly possess firearms in furtherance of, and use and carry firearms during and in relation to, a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: conspiracy to manufacture, distribute and possess with intent to distribute cocaine, 400 grams or more of fentanyl, and methamphetamine, in violation of 21 U.S.C. § 846, as charged in Count One of this Information.

It is further alleged that the offense charged in Count Three included at least one firearm that is a machinegun, as defined by 18 U.S.C. § 921(a)(23) and 26 U.S.C. § 5845(b). Accordingly, the penalty set forth in Title 18, United States Code, Section 924(o), is applicable to VINCENT CARUSO, a/k/a "Fatz."

All in violation of Title 18, United States Code, Section 924(o).

<u>COUNT FOUR</u>
Conspiracy to Interfere with Commerce by Robbery
(18 U.S.C. § 1951(a))

The United States Attorney further charges:

On or about March 5, 2020, in Saugus, in the District of Massachusetts, the defendant,

VINCENT CARUSO, a/k/a "Fatz,"

did knowingly conspire with persons known and unknown to the United States Attorney, to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951, that is, to unlawfully take and obtain personal property, consisting of $18,000 in cash and jewelry, from the person and in the presence of Victim 1, an individual engaged in drug trafficking, against his will, by means of actual and threatened force, violence, and fear of injury to his person.

All in violation of Title 18, United States Code, Section 1951(a).

<u>DRUG FORFEITURE ALLEGATION</u>
(21 U.S.C. § 853)

The United States Attorney further alleges:

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 846, set forth in Count One, the defendant,

VINCENT CARUSO, a/k/a "Fatz,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense. The property to be forfeited includes, but is not limited to, the following:

    a. Assets seized on June 30, 2021:
       i. two medallions;
       ii. one gold colored Rolex watch;
       iii. one Audemar watch;
       iv. $941 in United States currency;
       v. $8,500 in United States currency;
       vi. $34,850 in United States currency;
       vii. $33,702 in United States currency;
       viii. $646 in United States currency;
       ix. one PASEK key;
       x. a Yamaha Banshee 350 ATV, seized in Salem, MA;
       xi. a Custom ATV, seized in Salem, MA;
       xii. a Kawasaki KX85 dirt bike, seized in Salem, MA; and
       xiii. assorted electronics, including:
          1. two midnight blue Apple iPhones;
          2. one SanDisk ultra PLUS SD 64 GB card;
          3. one red and black SanDisk Cruzer Blade 16GB USB;
          4. one black Samsung smartphone;
          5. one silver iLok USB, bearing serial number 002B9A88;
          6. one Dell laptop, bearing serial number 97F7M13;
          7. one HP laptop bearing serial number CND6235369;
          8. one rose colored iPhone, model number A1549;
          9. one white Samsung tablet; and
          10. one Lenovo tablet bearing serial number HAOKPQBM.
    b. Assets seized on May 8, 2018 in Danvers, MA:
       i. $33,585 in United States currency.
    c. Assets seized on June 18, 2020 in Salem, MA:

      i.  $3,669 in United States currency; and
      ii.  $61,700 in United States currency

  2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

  All pursuant to Title 21, United States Code, Section 853.

FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The United States Attorney further alleges:

    1.    Upon conviction of the offense in violation of Title 18, United States Code, Sections 924(c) and 924(o), set forth in Counts Two and Three, the defendant,

VINCENT CARUSO, a/k/a "Fatz,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

    a. a Glock 36, .45 caliber pistol, bearing serial number BGHT946;
    b. a Taurus PT145 handgun;
    c. a Smith & Wesson .357 revolver bearing serial number 17548;
    d. a Glock 43 caliber 9mm firearm, bearing serial number ADYB131;
    e. a Ruger Red Redhawk 44 Magnum Sig Shot bearing serial number 50404788;
    f. a Glock 17, Gen 4, 9mm firearm;
    g. a Glock 30, .40 caliber firearm with magazine and bullets;
    h. a 12 gauge sawed off shotgun, bearing serial number H553071;
    i. a Marlin No. 44 firearm;
    j. assorted ammunition and firearm accessories, including:
    k. a 40 caliber handgun magazine with six rounds of ammunition;
    l. a large capacity pro magazine with ammo;
    m. a 9 mm magazine;
    n. a magazine and ammo;
    o. two filled drum magazines and one unfilled magazine'
    p. a magazine for Taurus PT145 with six rounds of .45 caliber ammunition;
    q. three .357 magnum rounds;
    r. one 9 mm Luger round;
    s. one .45 caliber Winchester round;
    t. a loaded .45 caliber magazine;
    u. a loaded 9 mm extended magazine;
    v. one 8 mm Luger round;
    w. a .45 caliber ACP magazine; and
    x. assorted .45 caliber ACP and .44 Magnum ammunition.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

ROBBERY FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 1951, set forth in Count Four, the defendant,

VINCENT CARUSO, a/k/a "Fatz,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant--

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

             NATHANIEL R. MENDELL
             Acting United States Attorney

       By: */s/ Philip A. Mallard*
           PHILIP A. MALLARD
           Assistant United States Attorney

District of Massachusetts: OCTOBER 22, 2021