UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                DOCKET 21-cr-10312-DJC

VINCENT CARUSO

**DEFENDANT'S MOTION TO CANCEL RULE 11 HEARING**

Now comes the defendant and moves to cancel the Rule 11 hearing scheduled for December 15, 2021.  In support hereof the defendant states the following;

1. The instant matter is scheduled for a Rule 11 hearing on December 15, 2021.

2. At this time the defendant does not wish to proceed with the hearing.

3. The defendant understands and agrees to exclude from all Speedy Trial Act computations, the period from December 15, 2021 until January 28, 2022

4. This is a "period of delay resulting from a continuance granted by any judge on his own motion," and thus falls squarely within the statute. 18 U.S.C. § 3161(h)(7)(A). C.

Wherefore the defendant respectfully request that the Rule 11 hearing be cancelled.

                                                                                                              For the Defendant,
                                                                                                              /s/ *Carmine Lepore*____
                                                                                                              Carmine Lepore
                                                                                                              One Sprague Street
                                                                                                              Revere, MA 02151
                                                                                                              781-286-8800
                                                                                                              BBO #564603

December 13, 2021