UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>VINCENT CARUSO, )<br><br>Defendant ) | No. 21-CR-10312-DJC |

ASSENTED-TO MOTION TO SEAL

The United States of America, with assent of the Defendant hereby respectfully moves the Court pursuant to Local Rule 7.2 to file the Government's Discovery Letter under seal. As grounds for this motion, the Government states that the Government's Discovery Letter was issued subject to the Protective Order (ECF #16) in this case, and contains information related to multiple cooperating witnesses whose identities have not been disclosed publicly. Public disclosure of the information related to the cooperating witnesses may risk the safety of the cooperating witnesses, and for those and other reasons, it is not in the interests of justice to publicly file the attached document. Defense Counsel assents to this motion. Accordingly, the government asks that the Court grant the motion and accept the Government's Discovery Letter for filing under seal.

Respectfully submitted,

NATHANIEL R. MENDELL
ACTING UNITED STATES ATTORNEY

Dated: December 14, 2021    By:    */s/ Philip A. Mallard*
Philip A. Mallard
Assistant United States Attorney