UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                              DOCKET 21-cr-10312-DJC

VINCENT CARUSO

**ASSENTED TO MOTION TO RESCHEDULE ARRAIGNMENT**

Now comes the defendant and moves to reschedule his arraignment.  In support hereof the defendant states the following;

1. The instant matter is scheduled for arraignment on February 2, 2022 at 4:00pm.

2. Undersigned counsel has a personal conflict and is unavailable.

3. The Government assents to this motion.

4. The parties request that the matter be rescheduled for February 8, 2022 at 3:00pm.

Wherefore the defendant respectfully requests the arraignment be rescheduled.

For the Defendant,
/s/ *Carmine Lepore*
Carmine Lepore
One Sprague Street
Revere, MA 02151
781-286-8800
BBO #564603

January 31, 2022