

























































[1500-445 1000](#)

21,000

2000

3,000

3,000

3500

42500

- 3800

Blues 63,500 x5

Greens 54,000 x 3





