UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VINCENT CARUSO, a/k/a "FATZ"<br><br>Defendant | Criminal No. 21-CR-10312-DJC |

**GOVERNMENT'S NOTICE IN RESPONSE TO PROCEDURAL ORDER**

The government provides the following Notice to the Court, in response to the Court's Procedural Order (ECF #77):

(a) the government is seeking a guideline sentence under the calculation set forth in the Plea Agreement, if the Court were find that Probation's calculation was correct, the government recommendation of 270 months would be a variant sentence;

(b) in the government's estimation, the offense level calculation is the only legal question that must be addressed; the government intends to argue orally on behalf of the Parties' calculation set forth in the Plea Agreement (ECF #72);

(c) in the government's estimation, there are no factual issues that require an evidentiary hearing;

(d) The government also wishes to formally provide notice to the Court that the government will request leave of the Court during the sentencing hearing for the following:

    a. First, to read the two victim impact statements into the record during sentence.

    b. Second, the government would like to play some of the recordings filed with the Court that are contained on Exhibit 1 (e.g., ECF #84-1). In terms of timing, the government would like to intersperse them during its argument under the Section 3553(a) factors. The government intends on preparing these videos in advance and working with Courtroom personnel to ensure the technology is in working order. The government believes that the total running time for the videos it intends to play will not exceed more than 2 or 3 minutes in total.  The government also will provide a list of videos and filenames to the Court reporter for purposes of ensuring completeness of the transcript.

2

                        Respectfully submitted,

                        JOSHUA S. LEVY
                        First Assistant United States Attorney

By:   */s/ Philip A. Mallard*
       PHILIP A. MALLARD
       Assistant U.S. Attorney
       United States Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston MA 02210
       617-748-3674

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                        */s/ Philip A. Mallard*
                        PHILIP A. MALLARD
Date:   June 26, 2022           Assistant U.S. Attorney